DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Ayers, Adam T and
Ayers, Kristy L

Case No. 06-03262-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $9.98, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 10001 | CENTRIX FINANCIAL LLC<br>6782 S POTOMAC ST<br>CENTENNIAL, CO  80112 | $9.98 |

Dated: November 02, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875267      11-8-10      $9.98